UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


United States of America,

       Plaintiff,

v.                                         Criminal No. 10-83 (JNE/JSM)
                                         ORDER
David Richard Rosetter (1),
Laumatafiafia T. Rosetter (2), and
Vatauomalao Dorthea Tafaoa (3),

       Defendants.


This case is before the Court on a Report and Recommendation issued by the Honorable

Janie S. Mayeron, United States Magistrate Judge, on October 1, 2010. The magistrate judge

recommended denial of all of Defendants' motions to suppress evidence and statements. The

Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that

review, the Court adopts the Report and Recommendation [Docket Nos. 91-93]. Therefore, IT

IS ORDERED THAT

1.     Defendant David Richard Rosetter's motion to suppress evidence [Docket No. 65] is DENIED.

2.     Defendant David Richard Rosetter's motion to suppress statements [Docket No. 66] is DENIED.

3.     Defendant Laumatafiafia T. Rosetter's motion to suppress evidence [Docket No. 35] is DENIED.

4.     Defendant Laumatafiafia T. Rosetter's motion to suppress statements [Docket No. 37] is DENIED.

5.     Defendant Laumatafiafia T. Rosetter's motion to suppress electronic surveillance and communications [Docket No. 38] is DENIED.

6.     Defendant Vatauomalao Dorthea Tafaoa's motion to suppress evidence [Docket No. 42] is DENIED.

7.      Defendant Vatauomalao Dorthea Tafaoa's motion to suppress statements [Docket No. 44] is DENIED.

Dated:  December 13, 2010

s/  Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge